UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHERYL SNYDER,

          Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

          Defendants.

CASE NO. C13-5075BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 3. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Plaintiff's application to proceed *in forma pauperis* is DENIED; and

(3)     Plaintiff shall pay the required filing fee ($350.00) to the Clerk of the Court within 30 days of the date of this Order, otherwise this action will be **DISMISSED**.

Dated this 6th day March, 2013.

                                      BENJAMIN H. SETTLE
                                      United States District Judge

ORDER